UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHERY JOHN MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01640-NODJ-CDB (SS)<br><br>ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(Doc. 13) |

Plaintiff Zachery John Moore ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On January 26, 2024, Defendant lodged the administrative record to this Court. (Doc. 12). Pending before the Court is Plaintiff's stipulated request for an extension of time to file his motion for summary judgment from February 26, 2024, to April 26, 2024. (Doc. 13).

Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing for his motion for summary judgment is extended from February 26, 2024, to April 26, 2024; and

///

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any cross-motion/response brief and reply brief.

IT IS SO ORDERED.

Dated: **February 15, 2024**

UNITED STATES MAGISTRATE JUDGE