PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ZACHERY MOORE, | Civil No. 1:23-cv-01640-WBS-CDB (SS) |
|     Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR VOLUNTARY REMAND** |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>May 29, 2024</u>                PEÑA & BROMBERG, PLC

                         By:    <u>/s/ Caspar Chan for Dolly M. Trompeter*</u>
                                JONATHAN PENA
                                DOLLY M. TROMPETER
                                *Authorized by email on May 29, 2024*
                                Attorneys for Plaintiff

Date: <u>May 29, 2024</u>                PHILIP A. TALBERT
                                United States Attorney
                                Eastern District of California

                         By:    <u>/s/ Caspar Chan</u>
                                CASPAR CHAN
                                Special Assistant United States Attorney
                                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  May 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE